IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **VERIZON WASHINGTON, D.C., INC.** | : | |
| Plaintiff, | : | |
| v. | : | **Civil Action No.:  1:05-cv-2081** |
| **UNITED STATES OF AMERICA, et al.** | : | |
| Defendants. | : | |

### CERTIFICATE RULE LcvR 7.1

I, the undersigned, counsel of record for Verizon Washington, D.C. Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Verizon Washington, D.C. Inc., which have any outstanding securities in the hands of the public:

**Verizon Communications Inc.**, a publicly held corporation, which owns the following subsidiaries having securities in the hands of the public:

**Verizon Delaware Inc.**

[formerly known as "Bell Atlantic - Delaware, Inc. " and  "The Diamond State Telephone Company"]

**Verizon Maryland Inc.**

[formerly known as "Bell Atlantic - Maryland, Inc." and  "The Chesapeake and Potomac Telephone Company of         Maryland"]

**Verizon New Jersey Inc.**

[formerly known as "Bell Atlantic - New Jersey, Inc." and "New Jersey Bell Telephone Company"]

**Verizon Pennsylvania Inc.**

[formerly known as "Bell Atlantic - Pennsylvania, Inc.**"** and  "The Bell Telephone Company of Pennsylvania"]

**Verizon Virginia Inc.**

[formerly known as "Bell Atlantic - Virginia, Inc.**"** and "The Chesapeake and Potomac

Telephone Company of     Virginia"]

**Verizon West Virginia Inc.**

[formerly known as "Bell Atlantic - West Virginia, Inc." and "The Chesapeake and Potomac Telephone Company of     West Virginia, Inc."]

**Verizon Global Funding Corp.**

[formerly known as "Bell Atlantic Financial Services, Inc."]

**Verizon International Holdings Ltd.**

**Verizon Media Ventures Inc.**

**Verizon New York Inc.**

[formerly known as "New York Telephone Company"]

**Verizon New England Inc.**

[formerly known as "New England Telephone and Telegraph Company"]

**Verizon California Inc.**

[formerly known as "GTE California Incorporated"]

**Verizon Florida Inc.**

[formerly known as GTE Florida Incorporated"]

**Verizon North Inc.**

[formerly known as GTE North Incorporated"]

**Verizon Northwest Inc.**

[formerly known as GTE Northwest Incorporated"]

**Verizon South Inc.**

[formerly known as "GTE South Incorporated"]

**Cellco Partnership (dba "Verizon Wireless")**

**NYNEX Corporation**

**GTE Corporation**

**GTE Southwest Incorporated (dba Verizon Southwest)**

**The Micronesian Telecommunications Corporation**

**Contel of the South, Inc. (dba Verizon Mid-States in all states; dba Verizon South Systems in Alabama and Georgia only; and dba Verizon North Systems in Indiana and Michigan only)**

[formerly known as "Continental Telephone Company of the South," "Georgia State Telephone Company" and "Dixie Telephone Company"]

In addition, Verizon Communications Inc. owns a 52% interest in Telecommunicaciones de Puerto Rico, Inc. which has publicly traded notes. Verizon also owns non-controlling minority interests in various companies that have publicly held securities.

These representations are made in order that judges of this court may determine the need for recusal.

                                  Respectfully submitted,

                                  ANDERSON & QUINN, LLC

                                  /s/ Alice Kelley Scanlon
                                Alice Kelley Scanlon, Bar #43710
                                The Adams Law Center
                                25 Wood Lane
                                Rockville, Maryland 20850
                                (301) 762-3303
                                Attorneys for Plaintiff, Verizon Washington, D.C. Inc.