UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLMUBIA
CIVIL DIVISION

VERIZON WASHINGTON, D.C., INC., :

    Plaintiff, :

v. :  Case No.: 1:05CV02081

UNITED STATES OF AMERICA, ET AL. :

    Defendants :

## PROOF OF SERVICE

I, Alice Kelley Scanlon, being over the age of 18, do hereby swear and affirm under the penalties of perjury that I did send by certified mail, return receipt requested, the original attached hereto, the Summons and Complaint to United States of America, c/o Kenneth L. Wainstain, US Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530, which was received on November 18, 2005, and signed by Ernest Parks regarding the above-captioned matter.

    Respectfully submitted,

    **ANDERSON & QUINN, LLC**

    _/s/ Alice Kelley Scanlon_
    Alice Kelley Scanlon
    The Adams Law Center
    25 Wood Lane
    Rockville, Maryland 20850
    301-762-3303
    *Attorneys for Plaintiff*

STATE OF MARYLAND :
: ss.
MONTGOMERY COUNTY :

Before me, the undersigned Notary Public in and for the above-mentioned jurisdiction, appeared this day, Alice Kelley Scanlon, known to me or satisfactorily proven to be the person

whose name is subscribed to this document and acknowledged his/her signature thereto.

Subscribed and sworn to before me this 28TH day of November, 2005.

*Karon E. Williams*
Notary Public

My Commission Expires: _____

[Seal]

AO 440 (Rev. 8/01) Summons in a Civil Actio.

# UNITED STATES DISTRICT COURT

District of Columbia

VERIZON WASHINGTON, D.C., INC.
1710 H Street, N.W., 11th Floor
Washington, DC 20006

V.

UNITED STATES OF AMERICA, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02081

JUDGE: James Robertson

DECK TYPE: General Civil

DATE STAMP: 10/24/2005

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA

Kenneth L. Wainstein
United States Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alice Kelley Scanlon
Anderson & Quinn, LLC
25 Wood Lane
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            OCT 24 2005
CLERK                                  DATE

_Maurice Higgins_
(By) DEPUTY CLERK



