UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERIZON WASHINGTON**, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF AIRFORCE )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-2081 (JR) |

### ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney **Benton G. Peterson** as counsel for defendant in the above-entitled case.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, D.C. Bar #451058
        United States Attorney

        _____
        R. CRAIG LAWRENCE, D.C. Bar #171538
        Assistant United States Attorney

        _____
        BENTON G. PETERSON, WI. Bar #1029849
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W. – Civil Division
        Washington, D.C. 20530
        (202) 514-7238;(202) 514-8780 (Facsimile)
        **Benton.Peterson@usdoj.gov**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2005 I caused the foregoing Entry of Appearance to be served on *pro se* plaintiff, postage prepaid, addressed as follows:

        THOMAS MARTIN SUKUP
        R10446-097
        TUSCON FEDERAL CORRECTIONAL INSTITUTION
        8901 South Wilmount Road
        Tuscon, AZ 85706

        _____
        BENTON G. PETERSON
        Assistant United States Attorney
        555 Fourth Street, N.W.,
        Washington, D.C. 20530
        (202) 514-7238