UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLMUBIA
CIVIL DIVISION

VERIZON WASHINGTON, D.C., INC., :
:
    Plaintiff, :
:
v. : Case No.: 1:05CV02081
:
UNITED STATES AIR FORCE COMMUNICATION :
SQUADRON, ET AL :
:
:
:
    Defendants :
*********************************************************************

**PROOF OF SERVICE**

    I, Alice Kelley Scanlon, being over the age of 18, do hereby swear and affirm under the penalties of perjury that I did send by certified mail, return receipt requested, the original attached hereto, the Summons and Complaint to United States Air Force Communications Squadron, c/o Alberto R. Gonzales, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, which was received on November 28, 2005, and signed by Ernest Parks regarding the above-captioned matter.

                                Respectfully submitted,

                                **ANDERSON & QUINN, LLC**

                                _/s/ Alice Kelley Scanlon_
                                Alice Kelley Scanlon
                                The Adams Law Center
                                25 Wood Lane
                                Rockville, Maryland 20850
                                301-762-3303
                                _Attorneys for Plaintiff_

STATE OF MARYLAND       :
                                     : ss.
MONTGOMERY COUNTY   :

Before me, the undersigned Notary Public in and for the above-mentioned jurisdiction, appeared this day, Alice Kelley Scanlon, known to me or satisfactorily proven to be the person whose name is subscribed to this document and acknowledged his/her signature thereto.

Subscribed and sworn to before me this 8th day of December, 2005.

*Karon E. Williams*
Notary Public

My Commission Expires: _____

[Seal]

2



