UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERIZON WASHINGTON**, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-2081 (JR) |
| ) | |
| UNITED STATES OF AMERICA et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS UNOPPOSED MOTION FOR AN ENLARGEMENT TO FILE ITS RESPONSE**

Defendants move, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time to file its response to Plaintiff's complaint in this action. Plaintiff's counsel has stated that he does not oppose this motion.

Good cause exists to grant this motion. The complaint in this case was served on Defendants November 21, 2005. Defendant agency's notice of the complaint was inadvertently addressed to wrong department within the agency, therefore, this caused a delay of several weeks before the compliant arrived at the correct location. This delay is compounded by the fact that the file containing operative facts of this case, has to this point, failed to arrive from the Air Force base level to the appropriate litigation department within the Defendant agency. Defendant agency is currently working diligently to obtain the factual file for this matter. In addition, the Defendant agency's litigation department will be minimally staffed for the week between December 26, 2005 and January 2, 2006 due to the pre-arranged holiday schedules of the personnel within the litigation department.

In light of the unanticipated delays and the holiday schedule, Defendants respectfully request an extension to and including February 20, 2005 to file a response to Plaintiff's complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov