## DECLARATION OF LIEUTENANT COLONEL DAVID CONROY

I, David Conroy, declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force ("USAF").

2. I am the Staff Judge Advocate for the 11th Wing of the U.S. Air Force and currently stationed at Bolling Air Force Base, Washington D.C. I have been assigned to this position since January 01, 2006. Before this I served as Deputy Staff Judge Advocate of both the co-located legal offices of the Air Force District Washington and the 11th Wing at Bolling AFB. I was assigned to that position from August 04, 2004 to December 31, 2005. As of January 01, 2006 we officially divided what had been one legal office into two offices, but we are still located together physically.

3. Among my duties when I served as the Deputy Staff Judge Advocate, I had the authority to deny claims not exceeding $25,000 as the Acting Staff Judge Advocate.

4. In my capacity as the Deputy Staff Judge Advocate, I also had access to official records of claims filed against the USAF for alleged negligent acts or omissions by federal employees acting within the scope of their employment at Bolling Air Force Base under the Federal Tort Claims Act ("FTCA").

5. On May 26, 2004, Bolling Air Force Base received a claim (Standard Form (SF) 95) filed by an authorized agent of Verizon, Mr. Richard Cook, alleging negligence by government employees at the base caused damage to a buried Verizon cable during excavation with a backhoe on October 22, 2002. Our records show that this was recorded into our system for tracking

such claims on May 26th, 2004. The claim was in the amount of $15,832.19. A true and correct copy of the SF 95 and authorization of Richard Cook to file the claim on behalf of Verizon is hereto attached as Exhibit 1 and 2.

    6. On 27 September, 2004, following investigation of the claim by my office, I signed a final denial letter for the claim as the Acting Staff Judge Advocate. A true and correct copy of the denial letter is hereto attached as Exhibit 3. The letter notified Verizon of its right to file suit in federal district court within six months of the date the denial letter was mailed in accordance with 28 U.S.C. 2401(b).

    7. The denial letter was sent by certified mail on September 27, 2004 to the address of 2915 N. Classen, Ste 400, which was the address provided on the SF 95 by Verizon's claims representative. The letter was subsequently returned to Bolling Air Force Base on September 30, 2004 due to an error in the city and state on the mailing envelope. A true and correct copy of the returned envelope is hereto attached as Exhibit 4.

    8. On October 1, 2004, I signed another denial letter for the Verizon claim. A true and correct copy of the second denial letter is hereto attached as Exhibit 5. This letter also notified Verizon of its right to bring suit within six months of the date of the mailing of the denial letter. The letter was sent by certified mail on October 1, 2004 to the address provided by Verizon's claims representative on the SF 95. The error on the mailing envelope was corrected to reflect the proper city and state as Oklahoma City, Oklahoma.

9. My office subsequently received a receipt of service reflecting Verizon received and signed for the denial letter on October 12, 2004. A true and correct copy of the return receipt is attached hereto as Exhibit 6.

10. The Air Force has no record that Verizon ever sought reconsideration of the final denial of its claim.

I declare under penalty of perjury the foregoing to be true and correct.

Executed this 13th day of January, 2006, at Bolling Air Force Base, Washington, D.C.

*David H. Conroy*
Lieutenant Colonel David Conroy
Staff Judge Advocate
11th Wing, Bolling Air Force Base

HQIIWG/JAD

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**
Bolling AFB Claims Att: Joyce Yocum
20 MacDill Blvd., Ste 240
Bolling AFB, D.C. 20032

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
Verizon by CMR
2915 N. Classen, Ste 400
Oklahoma City, OK 73106
DC-PR 030533

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☑ CIVILIAN
**4. DATE OF BIRTH:** N/A
**5. MARITAL STATUS:** N/A
**6. DATE AND DAY OF ACCIDENT:** 10/22/02
**7. TIME (A.M. or P.M.):** 10:30 A.M.

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof.) (Use additional pages if necessary.)

Base Civil Engineers were demolishing buildings on base. Verizon 300 pair buried cable was properly located and marked. Base engineers cut line in the demolition process using backhoe.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
Same

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
300 pair Verizon phone cable, cost to repair or replace includes labor cost, administrative cost, motor vehicle costs, float expense and loss of use expense of cable.

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
N/A

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Mark Wimbush | 202-782-6155 |
| Walter Embrey | 202-767-7633 |
| Don Richardson | 202-575-6986 |

**12. AMOUNT OF CLAIM (In dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 15,832.19 | N/A | N/A | 15,832.19 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.) Richard Cook
**13b. Phone number of signatory:** 405-290-2089
**14. DATE OF CLAIM:** 5-20-04

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.
Designed using Perform Pro, WHS/DIOR, Jun 98
NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

EXH 1

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to  Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? [ ] Yes, if yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. [ ] No

*VERIZON IS SELF INSURED*

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

N/A

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

N/A

19. Do you carry public liability and property damage insurance? [X] Yes, if yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* [ ] No

AMERICAN HOME INSURANCE, A division of AIG, 70 PINE STREET, NEW YORK, NY. 10270

SF 95 (Rev. 7-85) BACK

## AUTHORITY TO FILE AND/OR SETTLE A CLAIM

PURPOSE: This form is used to document the fact that the officer or agent signing the Standard Form 95 and/or Settlement Agreement or any type of payment document is authorized to act on behalf of the company filing the claim.

5/11/04
(Date)

The undersigned is __DIRECTOR__
(Position Title of Authorizing Official)

of __VERIZON__
(Name and Address of Company the Undersigned Represents)

and in such capacity I have access to the books and records of __VERIZON__

__Richard Cook__,    __C.O.O__
(Name of Agent Signing)    (Position Title of Agent)

of the __Claims Management Resources__    has the power and authority to
(Name of Company Represented)

file, adjust and settle claims for, and on behalf of __VERIZON__
(Name of Company Represented)

as its duly authorized agent.

x __[signature] John Parker__
(Signature of Authorizing Official)
(Agent's Supervisor)

** This form must be signed by someone other than the person signing the Standard Form 95, "Claim for Damage, Injury or Death."

EXH 2

**DEPARTMENT OF THE AIR FORCE**
11TH WING



27 SEP 2004

HQ 11 WG/JAD
20 MacDill Blvd, Suite 240
Bolling AFB DC 20032-0110

Verizon by CMR
Attn: Richard Cook
2915 N. Classen, Ste 400
Oklahoma City OK 73106

Re: Claim for Damage to Verizon Cable
Bolling Air Force Base Claim No. BAFB 04-565/FTCA

Dear Mr. Cook

Under the provisions of the Federal Tort Claims Act, which is Title 28 of the United States Code, Sections 1346(b), 2671-2680, I considered your claim for damage to a Verizon cable on 22 October 2002 on Bolling Air Force Base, District of Columbia. After careful consideration of your claim, it is denied.

To recover under the Federal Tort Claims Act, there must be negligence of a federal employee while acting in the scope of employment. In this case, the evidence presented by Verizon and investigated by 11th Wing Claims office failed to show by a preponderance of the evidence that 11th Civil Engineering Squadron was negligent. Additionally, because Verizon was supposed to clear the area of live cables, none of the cables were marked, which led to 11th Civil Engineering Squadron cutting the cable. Therefore, Verizon's contributory negligence bars them from recovery.

This is the final denial of your claim. If you are dissatisfied with this decision, you may file suit in an appropriate United States District Court not later than six months after the date of mailing of this letter.

Sincerely

DAVID H. CONROY, Lt Col, USAF
Acting Staff Judge Advocate

EXH 3

WORLD CLASS PEOPLE ... WORLD CLASS SUPPORT



EXH 4

DEPARTMENT OF THE AIR FORCE
11TH WING



01 OCT 2004

HQ 11 WG/JAD
20 MacDill Blvd, Suite 240
Bolling AFB DC 20032-0110

Verizon by CMR
Attn: Richard Cook
2915 N. Classen, Ste 400
Oklahoma City OK 73106

      Re: Claim for Damage to Verizon Cable
          Bolling Air Force Base Claim No. BAFB 04-565/FTCA

Dear Mr. Cook

    Under the provisions of the Federal Tort Claims Act, which is Title 28 of the United States Code, Sections 1346(b), 2671-2680, I considered your claim for damage to a Verizon cable on 22 October 2002 on Bolling Air Force Base, District of Columbia. After careful consideration of your claim, it is denied.

    To recover under the Federal Tort Claims Act, there must be negligence of a federal employee while acting in the scope of employment. In this case, the evidence presented by Verizon and investigated by 11th Wing Claims office failed to show by a preponderance of the evidence that 11th Civil Engineering Squadron was negligent. Additionally, because Verizon was supposed to clear the area of live cables, none of the cables were marked, which led to 11th Civil Engineering Squadron cutting the cable. Therefore, Verizon's contributory negligence bars them from recovery.

    This is the final denial of your claim. If you are dissatisfied with this decision, you may file suit in an appropriate United States District Court not later than six months after the date of mailing of this letter.

                                  Sincerely

                                  DAVID H. CONROY, Lt Col, USAF
                                  Acting Staff Judge Advocate

                                                                 EX H 5

WORLD CLASS PEOPLE ... WORLD CLASS SUPPORT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery<br>[signature]                                10/12<br>C. Signature<br>X                                          ☐ Agent<br>                                           ☐ Addressee |
| 1. Article Addressed to:<br>VERIZON BY CMR<br>ATTN: RICHARD COOK<br>2915 N. CLASSEN, STE 400<br>OKLAHOMA CITY OK 73106 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 2. Article Number (Copy from service label)<br>7000 0600 0022 0103 8557 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| PS Form 3811, July 1999 | Domestic Return Receipt                102595-00-M-0952 |

EXH 6