# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERIZON WASHINGTON**, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-2081 (JR) |
| ) | |
| U.S. DEPARTMENT OF AIRFORCE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1), all parties to this action hereby stipulate to a dismissal of the action with prejudice. Each party will bear its own fees and costs.

Respectfully submitted,

_____
ALICE KELLEY SCANLON
ANDRES O'CONNELL
ANDERSON & QUINN, LLC
25 Wood Lane
Rockville, MD 20850
(301) 762-3303
Fax: (301) 762-3776

_____
KENNETH L. WAINSTEIN, D.C. BAR# 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**